# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOPE M. THURMOND | § | Case No. 16-15120 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,000.00 *(Without deducting any secured claims)* | Assets Exempt: 17,256.00 |
| Total Distributions to Claimants:  6,875.43 | Claims Discharged Without Payment:  16,922.00 |
| Total Expenses of Administration:  1,608.38 | |

3) Total gross receipts of $ 11,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,516.19  (see **Exhibit 2**), yielded net receipts of $ 8,483.81  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,336.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,608.38 | 1,608.38 | 1,608.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 982.00 | 591.28 | 591.28 | 591.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,604.00 | 6,238.26 | 6,238.26 | 6,284.15 |
| TOTAL DISBURSEMENTS | $ 16,922.00 | $ 8,437.92 | $ 8,437.92 | $ 8,483.81 |

4)  This case was originally filed under chapter 7 on  05/03/2016 .  The case was pending for 18 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/06/2017                        By:/s/RONALD R. PETERSON
                                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Prospective proceeds from personal injury lawsuit: Hope Thur | 1129-000 | 11,000.00 |
| TOTAL GROSS RECEIPTS | | $ 11,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Hope Thurmond | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,516.19 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 2,516.19 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travel Advantage Network | | 2,336.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 2,336.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 1,598.38 | 1,598.38 | 1,598.38 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,608.38 | $ 1,608.38 | $ 1,608.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Illinois - Dept of Revenue | | 982.00 | NA | NA | 0.00 |
| 10 | Illinois Department Of Revenue Bankruptcy Section | 5800-000 | NA | 591.28 | 591.28 | 591.28 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 982.00 | $ 591.28 | $ 591.28 | $ 591.28 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One | | 701.00 | NA | NA | 0.00 |
| | Capital One | | 686.00 | NA | NA | 0.00 |
| | Capital One Bank USA N | | 701.00 | NA | NA | 0.00 |
| | Capital One Bank USA N | | 686.00 | NA | NA | 0.00 |
| | CB/Astewrt | | 9.00 | NA | NA | 0.00 |
| | CB/MTROSTY | | 148.00 | NA | NA | 0.00 |
| | CB/ROAMANS | | 378.00 | NA | NA | 0.00 |
| | CB/WMNWTHN | | 719.00 | NA | NA | 0.00 |
| | COMENITY BANK/ASHSTWRT | | 900.00 | NA | NA | 0.00 |
| | COMENITY BANK/MTROSTYL | | 148.00 | NA | NA | 0.00 |
| | COMENITY BANK/ROAMANS | | 378.00 | NA | NA | 0.00 |
| | COMENITY BANK/WOMNWTHN | | 719.00 | NA | NA | 0.00 |
| | FIRST PREMIER BANK | | 315.00 | NA | NA | 0.00 |
| | FIRST PREMIER BANK | | 356.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FST PREMIER | | 279.00 | NA | NA | 0.00 |
| | FST PREMIER | | 311.00 | NA | NA | 0.00 |
| | GINNYS | | 409.00 | NA | NA | 0.00 |
| | GINNY'S INC | | 409.00 | NA | NA | 0.00 |
| | MONROE AND MAIN | | 503.00 | NA | NA | 0.00 |
| | MONROE&MAIN | | 503.00 | NA | NA | 0.00 |
| | SEVENTH AVE | | 131.00 | NA | NA | 0.00 |
| | SEVENTH AVENUE | | 131.00 | NA | NA | 0.00 |
| | WEBBANK/FINGERHUT | | 2,042.00 | NA | NA | 0.00 |
| | WEBBNK/FHUT | | 2,042.00 | NA | NA | 0.00 |
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 720.63 | 720.63 | 720.63 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 751.61 | 751.61 | 751.61 |
| 9 | Ginny"s | 7100-000 | NA | 409.03 | 409.03 | 409.03 |
| 10-A | Illinois Department of Revenue Bankruptcy Section | 7100-000 | NA | 118.10 | 118.10 | 118.10 |
| 7 | Monroe & Main | 7100-000 | NA | 503.78 | 503.78 | 503.78 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 981.86 | 981.86 | 981.86 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 174.56 | 174.56 | 174.56 |
| 3 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 378.08 | 378.08 | 378.08 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 2,069.20 | 2,069.20 | 2,069.20 |
| 8 | Seventh Avenue | 7100-000 | NA | 131.41 | 131.41 | 131.41 |
| | Capital One Bank (Usa), N.A. | 7990-000 | NA | NA | NA | 9.89 |
| | Ginny"s | 7990-000 | NA | NA | NA | 2.75 |
| | Illinois Department of Revenue Bankruptcy Section | 7990-000 | NA | NA | NA | 4.76 |
| | Monroe & Main | 7990-000 | NA | NA | NA | 3.39 |
| | Quantum3 Group Llc As Agent For | 7990-000 | NA | NA | NA | 24.22 |
| | Seventh Avenue | 7990-000 | NA | NA | NA | 0.88 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 13,604.00 | $ 6,238.26 | $ 6,238.26 | $ 6,284.15 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-15120 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | HOPE M. THURMOND | | | | Date Filed (f) or Converted (c): | 05/03/2016 (f) |
| | | | | | 341(a) Meeting Date: | 06/07/2016 |
| For Period Ending: | 11/03/2017 | | | | Claims Bar Date: | 05/30/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Travel Advantage Network Timeshare 672 Old Mill Rd Pmb 31167 | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. miscellaneous household goods and furnishings: bedroom set | 400.00 | 0.00 | | 0.00 | FA |
| 3. used television, cell phone | 400.00 | 0.00 | | 0.00 | FA |
| 4. Used Clothing and Apparel | 550.00 | 0.00 | | 0.00 | FA |
| 5. miscellaneous costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 6. JPMorgan Chase Checking Acct | 356.00 | 0.00 | | 0.00 | FA |
| 7. Nationwide Life Insurance<br><br>Norris Thurmond (son) | 500.00 | 0.00 | | 0.00 | FA |
| 8. Prospective proceeds from personal injury lawsuit: Hope Thur<br><br>Hope Thurmond v Thomas Walsh//2015-L-009543//Plaintiff Atty: KEVIN J MCNAMARA LAW OFF 650 N DEARBORN #750, CHICAGO IL, 60654, (312) 201-8850// Def Atty: STATES ATTORNEY 500 DALEY CENTER CHICAGO IL, 60602 (312)603-5440 | 15,000.00 | 0.00 | | 11,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $18,256.00 | $0.00 | | $11,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 22, 2017:  The debtor is suing the County for damages, and has a tentative settlement in which the estate would receive a portion of the proceeds.  We are waiting for the County to approve the settlement.

Initial Projected Date of Final Report (TFR): 12/31/2017          Current Projected Date of Final Report (TFR): 12/31/2017

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-15120

Case Name: HOPE M. THURMOND

Taxpayer ID No: XX-XXX1213

For Period Ending: 11/03/2017

Trustee Name: RONALD R. PETERSON

Bank Name: Associated Bank

Account Number/CD#: XXXXXX8919

Checking

Blanket Bond (per case limit): $54,824,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/19/17 | 8 | Kevin J McNamara Law Offices 650 N. Dearborn St \ suite 750 Chicago, Ill 60654 | Litigation Recovery Hope Thurmond was owed money by the County of Cook | | 1129-000 | $11,000.00 | | $11,000.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $10,990.00 |
| 08/30/17 | 1001 | Jenner & Block LLP 353 North Clark Street Chicago, Il 60654-3456 | Trustees Fees | | 2100-000 | | $1,598.38 | $9,391.62 |
| 08/30/17 | 1002 | Illinois Department Of Revenue Bankruptcy Section Po Box 19035 Springfield, Il 62794-9035 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | | | $595.25 | $8,796.37 |
| | | | | ($3.97) | 7990-000 | | | |
| | | Illinois Department Of Revenue Bankruptcy Section | Final distribution to claim 10 representing a payment of 100.00 % per court order. | ($591.28) | 5800-000 | | | |
| 08/30/17 | 1003 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | | $988.46 | $7,807.91 |
| | | | | ($6.60) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($981.86) | 7100-000 | | | |
| 08/30/17 | 1004 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | | $175.73 | $7,632.18 |
| | | | | ($1.17) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($174.56) | 7100-000 | | | |

Page Subtotals:                                         $11,000.00          $3,367.82

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-15120 | Trustee Name: RONALD R. PETERSON |
| Case Name: HOPE M. THURMOND | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8919 |
| | Checking |
| Taxpayer ID No: XX-XXX1213 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 11/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/17 | 1005 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $380.62 | $7,251.56 |
| | | | ($2.54) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($378.08) | 7100-000 | | | |
| 08/30/17 | 1006 | Quantum3 Group Llc As Agent For Sadino Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $2,083.11 | $5,168.45 |
| | | | ($13.91) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($2,069.20) | 7100-000 | | | |
| 08/30/17 | 1007 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $725.47 | $4,442.98 |
| | | | ($4.84) | 7990-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($720.63) | 7100-000 | | | |
| 08/30/17 | 1008 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $756.66 | $3,686.32 |
| | | | ($5.05) | 7990-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 6 representing a payment of 100.00 % per court order. ($751.61) | 7100-000 | | | |
| 08/30/17 | 1009 | Monroe & Main C/O Creditors Bankruptcy Service P O Box 800849 Dallas, Tx 75380 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $507.17 | $3,179.15 |

| | Page Subtotals: | | $0.00 | $4,453.03 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-15120 | Trustee Name: RONALD R. PETERSON | |
| Case Name: HOPE M. THURMOND | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8919 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1213 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 11/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($3.39) | 7990-000 | | | |
| | | Monroe & Main | Final distribution to claim 7 representing a payment of 100.00 % per court order. ($503.78) | 7100-000 | | | |
| 08/30/17 | 1010 | Seventh Avenue C/O Creditors Bankruptcy Service P O Box 800849 Dallas, Tx 75380 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | | | $132.29 | $3,046.86 |
| | | | ($0.88) | 7990-000 | | | |
| | | Seventh Avenue | Final distribution to claim 8 representing a payment of 100.00 % per court order. ($131.41) | 7100-000 | | | |
| 08/30/17 | 1011 | Ginny"s C/O Creditors Bankruptcy Service P O Box 800849 Dallas, Tx 75380 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | | | $411.78 | $2,635.08 |
| | | | ($2.75) | 7990-000 | | | |
| | | Ginny"s | Final distribution to claim 9 representing a payment of 100.00 % per court order. ($409.03) | 7100-000 | | | |
| 08/30/17 | 1012 | Illinois Department of Revenue Bankruptcy Section PO Box 19035 Springfield, IL  62794-9035 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | | $118.89 | $2,516.19 |
| | | | ($0.79) | 7990-000 | | | |
| | | Illinois Department of Revenue Bankruptcy Section | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($118.10) | 7100-000 | | | |
| 08/30/17 | 1013 | HOPE M. THURMOND 8033 S MAPLEWOOD AVE CHICAGO, IL  60652 | Distribution of surplus funds to debtor. | 8200-000 | | $2,516.19 | $0.00 |
| 10/25/17 | 1013 | HOPE M. THURMOND 8033 S MAPLEWOOD AVE CHICAGO, IL  60652 | Distribution of surplus funds to debtor. Reversal | 8200-000 | | ($2,516.19) | $2,516.19 |

Page Subtotals:                                                                                      $0.00          $662.96

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 16-15120 | Trustee Name: RONALD R. PETERSON |
| Case Name: HOPE M. THURMOND | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8919 |
| | Checking |
| Taxpayer ID No: XX-XXX1213 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 11/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/17 | 1014 | Hope Thurmond | Debtor Funds  Reversal Error in decimal place | 8200-000 | | ($251,619.00) | $254,135.19 |
| 10/30/17 | 1014 | Hope Thurmond | Debtor Funds This check replaces one I stopped when the debtor did not cash her first check | 8200-000 | | $251,619.00 | $2,516.19 |
| 10/30/17 | 1015 | Hope Thurmond | Debtor Funds | 8200-002 | | $2,516.19 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $11,000.00 | $11,000.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $11,000.00 | $11,000.00 |
| Less: Payments to Debtors | | $0.00 | $2,516.19 |
| Net | | $11,000.00 | $8,483.81 |

Page Subtotals:  $0.00  $2,516.19

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8919 - Checking | $11,000.00 | $8,483.81 | $0.00 |
| | $11,000.00 | $8,483.81 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,000.00 |
| Total Gross Receipts: | $11,000.00 |

Page Subtotals:                     $0.00            $0.00